|   |   |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile: (415) 436-7169 |
| 7 | Attorneys for Defendant |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOSEPH J. BROUSSARD JR. | ) |
|---|---|
| Plaintiff, | ) CIVIL NO. 05-03477 JCS |
| v. | ) STIPULATION AND ORDER EXTENDING<br>) DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) RESPONSE TO PLAINTIFF'S<br>) MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on March 27, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on April 26, 2006.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Jaime Preciado.

This is defendant's first request.

Dated: March 27, 2006
/s/
JAMES HUNT MILLER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: March 28, 2006          By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:    March 29, 2006

IT IS SO ORDERED
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BROUSSARD, EXT.MXSJ (jp)
C 05-03477 JCS

2