KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH J. BROUSSARD JR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 05-03477 JCS <br><br> STIPULATION AND ORDER OF REMAND |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the decision of the previous Administrative Law Judge (ALJ) is vacated and this action is remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings

Upon remand, the Appeals Council will remand this case to an ALJ who will be directed to reevaluate the opinions of treating physician, Dr. Donald E. Tarver and examining physician, Dr. Ubaldo F. Sanchez, and using the appropriate regulations, determine if Plaintiff had any periods of sobriety sufficient to evaluate the effects of Plaintiff's mental impairments absent alcohol abuse. Further, the ALJ will be directed to reevaluate Plaintiff's credibility and the third-party daily activities questionnaire; reevaluate Plaintiff's alleged mental impairment pursuant to the appropriate regulation; obtain additional medical expert testimony; reevaluate Plaintiff's residual functional

capacity; and if warranted by the expanded record, obtain vocational expert testimony.

Dated: April 25, 2006

JAMES HUNT MILLER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: April 25, 2006          By: _____
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated:   April 26, 2006

JOSEPH C. SPERO
United States Magistrate Judge

BROUSSARD, REMD,S4 (jp)
C 05-03477 JCS

2