```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-7260
        Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JOSEPH J. BROUSSARD, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL NO. 05-03477 JCS |
| v. | ) | STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay ONE THOUSAND SIX HUNDRED THIRTY TWO DOLLARS ($1.632.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

> JAMES H. MILLER
> BOX 10891 GRAND LAKE STATION
> OAKLAND, CA 94610
> (510) 451-2132 fax: 0824
> jimillaw@rcn/com

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1 | Act.

2 |    3. Payment of the ONE THOUSAND SIX HUNDRED THIRTY TWO DOLLARS ($1.632.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result of this court action.

Dated: May 4, 2006
         /s/
        JAMES HUNT MILLER
        Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: May 8, 2006    By:   /s/
        SARA WINSLOW
        Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 8, 2006

JOSEPH C. SPERO
United States Magistrate Judge

BROUSSARD, EAJA STIP (jp)
C 05-03477 JCS       2